**Opinion issued May 21, 2024**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00312-CV

————————————

## IN RE DR. SHELIA OWENS-COLLINS, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Dr. Sheila Owens-Collins, acting pro se, has filed a "petition for [a] writ of mandate [sic]," challenging the trial court's "Order Denying [Her] Motion to Strike," signed on October 23, 2023, and order denying "[Relator's] Motion for Permissive Appeal," signed on January 23, 2024. Relator requests that the Court

"enter a dismissal with prejudice" in the underlying case "of the [twenty-one] claims based on checks more than four years old when suit was filed."[1]

Relator's petition for writ of mandamus fails to comply with the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 52.3(j) (inclusion of certification that petition is supported by competent evidence), (k) (inclusion of certified or sworn copies of challenged orders), 52.7(a)(1) (inclusion of sworn record); *In re Harrison*, No. 01-21-00531-CV, 2021 WL 4898073, *1 (Tex. App.—Houston [1st Dist.] Oct. 21, 2021, orig. proceeding) (mem. op.) (denying petition for writ of mandamus for failure to comply with Texas Rules of Appellate Procedure).

Relator's petition also fails to address necessary elements of a petition for a writ of mandamus, namely that "[m]andamus relief is an extraordinary remedy available only on a showing that (1) the trial court clearly abused its discretion and (2) the party seeking relief lacks an adequate remedy on appeal." *In re Ill. Nat'l Ins. Co.*, 685 S.W.3d 826, 834 (Tex. 2024).

We deny the petition. *See* TEX. R. APP. P. 52.8(a). All pending motions are dismissed as moot.

---

[1] The underlying case is *In the Estate of Hattie Owens, Deceased*, Cause No. 473,956-401, in the Probate Court No. 3 of Harris County, Texas, the Honorable Jason Cox presiding.

## PER CURIAM

Panel consists of Justices Landau, Countiss, and Guerra.